# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0411
_____

ADRIAN RACKAUSKAS,

Appellant,

v.

CITY OF DELRAY BEACH POLICE
DEPARTMENT/PREFERRED
GOVERNMENTAL CLAIMS
SOLUTIONS,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Thomas A. Hedler, Judge.

Date of Accident: August 24, 2020.

May 28, 2024

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Vincent J. Leuzzi of Bichler & Longo, PLLC, Maitland, for Appellant.

Todd J. Sanders of Chartwell Law, Tallahassee, for Appellees.